IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )          8:21CR233
                                  )
     vs.                          )
                                  )          ORDER
RONALD DEAN GLAZE,                )
                                  )
          Defendant               )
                                  )

This matter is before the court on the defendant's Motion to Continue Trial [43]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [43] is granted as follows:

1. The jury trial now set for July 5, 2022, is continued to **September 6, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 6, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: June 22, 2022**

                              BY THE COURT:

                              s/ Michael D. Nelson
                              United States Magistrate Judge